**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorneys at Law
169 Ramapo Valley Road, Upper Level – Suite 105
Oakland, New Jersey 07436
Telephone: (973)845-6700
Facsimile: (201)644-7601
*Attorneys for Defendant Township of Mahwah*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAMAPO HUNT AND POLO CLUB, INC.; STEVEN WAGNER; MARGARET HENRY; PAUL SCIAN; ISABELLA SCHROEDER; KATHY MURRAY; STEPHEN MURRAY; RONALD LANTERI; CINDY LANTERI; JODI GROBMAN; BRUCE GROBMAN; ERIC BOE; BARBARA BOE; CHARLES BRAMMER, CLARE BRAMMER; MARIA LUIGIA FABRIS; EDWARD TAFARO; AND CYNTHIA TAFARO,<br><br>  Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF MAHWAH,<br><br>  Defendant. | Civil Action No.2:20-cv-09313-CCC-JBC<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER, REPLY, OR RESPOND TO THE COMPLAINT** |

THIS MATTER having been brought before the Court by Defendant Township of Mahwah, by and through their attorneys, Cleary Giacobbe Alfieri & Jacobs, LLC, with the consent of counsel for Plaintiffs, and the parties being in agreement that the time in which Defendant may answer or otherwise move

with respect to Plaintiffs' Complaint herein be extended for an additional thirty (30) days, and for good cause shown;

IT IS on this _____ day of _____, 2020;

ORDERED that the Defendant Township of Mahwah shall answer, move or otherwise respond to Plaintiffs' Complaint by September 18, 2020.

_____
Hon. James B. Clark, III, U.S.M.J.

We hereby consent to the form
and entry of the within Order:

KAUFMAN SEMERARO & LEIBMAN, LLP

By: */s/ Justin Santagata*  Dated: *August 19, 2020*
　　　Justin D. Santagata, Esq.
　　　Attorneys for Plaintiffs

CLEARY GIACOBBE ALFIERI JACOBS, LLC

By: */s/Ruby Kumar-Thompson*  Dated: *August 19, 2020*
　　　Ruby Kumar-Thompson, Esq.
　　　Attorneys for Defendant Township of Mahwah